MARC E. ROHATINER (State Bar No. 82709)
  mrohatiner@wrslawyers.com
JOHNNY WHITE (State Bar No. 269306)
  jwhite@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Attorneys for
STRATEGIC PROPERTIES OF NORTH
AMERICA, LLC, a Delaware limited liability
company; and SAUL KUPERWASSER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JULIUS CHERRY, an individual; and GERALD GLAZER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STRATEGIC PROPERTIES OF NORTH AMERICA, LLC, a Delaware limited liability company; SAUL KUPERWASSER, an individual; and DOES 1-20, inclusive,,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS STRATEGIC PROPERTIES OF NORTH AMERICA, LLC AND SAUL KUPERWASSER'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §§ 1441(b) AND 1332 [DIVERSITY JURISDICTION]**<br><br>Trial Date:   None |

5091195.1

NOTICE OF REMOVAL

**TO PLAINTIFFS, THEIR ATTORNEYS OF RECORD, THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE, AS ASSIGNED:**

PLEASE TAKE NOTICE that Defendants Strategic Properties of North America, LLC, and Saul Kuperwasser ("Removing Defendants") submit this Notice of Removal based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1441(b) and 1332. The action is hereby removed to this Court from the state court, as more particularly set forth below.

## I.   THE STATE COURT ACTION

On April 29, 2022, Plaintiffs commenced a civil action in the Superior Court of the State of California, for the County of Sacramento, Case No. 34-2022-00319001 (the "State Court Action"). A copy of the complaint filed in the State Court Action is attached hereto as Exhibit A. Attached as Exhibits B and C are the other documents filed in the State Court Action which are in Removing Defendants' possession. Removing Defendants have not appeared in the State Court Action.

## II.   DIVERSITY JURISDICTION

Cases filed in state court may be removed to federal district court where the district courts have original subject matter jurisdiction over the case. 28 U.S.C. § 1441(a). District courts " have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between. . . citizens of different States 28 U.S.C. § 1332(a)(1).

This Court has jurisdiction of this case under 28 U.S.C. § 1332(a)(1) because the amount in controversy in the State Court Action exceeds $75,000.00 and there is complete diversity of citizenship between the parties.  The Complaint seeks damages in excess of $500,000.00.  Plaintiffs are citizens of California as alleged in the State Court Action (Complaint, ¶ 8)  Defendant Strategic Properties of North America, LLC is a corporate entity that was formed in Delaware and has its principal place of business in New Jersey.  Defendant Saul Kuperwasser is a citizen

of New Jersey. He has been domiciled in the State of New Jersey at all relevant times, i.e. the time when the State Court Action was filed and the time of this removal notice. None of the defendants are citizens of California.

**III.    TIMELINESS**

This Notice is timely, pursuant to 28 U.S.C. § 1446(b), because Removing Defendants have not been validly served to date. In California, out of state defendants may be served by certified mail, "requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing." California Code of Civil Procedure, § 415.40. Defendants received a copy of the lawsuit in the mail on or about May 9, 2022. It was not served by certified mail. As of the date hereof, service has not been validly effected and the 30-day deadline for removal has not yet commenced to run. *Destfino v. Reiswig, et al.,* 630 F.3d 952, 956 (9th Cir. Cal. 2011) ("we hold that each defendant is entitled to thirty days to exercise his removal rights after being served"). Thus, all of the Removing Defendants are timely exercising their right to remove, and none of them have appeared in the State Court Action.

All defendants join in this Notice of Removal.

**IV.    OTHER PERTINENT INFORMATION**

A.    Pursuant to 28 U.S.C. § 1446(a), Removing Defendants file this Notice in the District Court of the United States for the district and division within which the State Court Action is pending. As such, this case is being removed to the United States District Court for the Eastern District of California, because the State Court Action is pending in Sacramento County.

B.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice with its attachments will promptly be served on plaintiff in the State Court Action, and notice thereof will be filed with the clerk of the Sacramento County Superior Court.

/ / /

/ / /

1  WHEREFORE, Removing Defendants hereby removes Sacramento County
2 Superior Court Case No. 34-2022-00319001 to the United States District Court for
3 the Eastern District of California.

DATED: June 8, 2022

Respectfully submitted,

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP


By: _____*/s/ Johnny White*_____
     JOHNNY WHITE
Attorneys for Attorneys for STRATEGIC PROPERTIES OF NORTH AMERICA, LLC, a Delaware limited liability company; and SAUL KUPERWASSER