UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JULIUS CHERRY, an individual; and GERALD GLAZER, an individual,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>STRATEGIC PROPERTIES OF NORTH AMERICA, LLC, a Delaware limited liability company; SAUL KUPERWASSER, an individual; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00999-TLN-DB<br><br>Related Case:  2:21-cv-01770-TLN-DB<br><br>The Hon. Troy L. Nunley<br><br>**ORDER RE EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Trial Date:　　　None |

On June 28, 2022, defendants Strategic Properties of North America, LLC and Saul Kuperwasser ("Defendants") filed a Stipulation for Extension of Time to Respond to Initial Complaint (the "Stipulation").

After having considered the Stipulation, good cause appears for the Court to grant the requested continuance as follows:

The deadline for Defendants to respond to the complaint shall be extended to July 29, 2022.

**IT IS SO ORDERED.**

DATED:  6/28/2022

_____
Troy L. Nunley
United States District Judge