UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JULIUS CHERRY, an individual; and GERALD GLAZER, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STRATEGIC PROPERTIES OF NORTH AMERICA, LLC, a Delaware limited liability company; SAUL KUPERWASSER, an individual; and DOES 1-20, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-00999-TLN-DB<br><br>Related Case: 2:21-cv-01770-TLN-DB<br><br>The Hon. Troy L. Nunley<br><br>**ORDER RE EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Trial Date:   None |

1   On July 28, 2022, defendants Strategic Properties of North America, LLC and Saul Kuperwasser ("Defendants") filed a Joint Stipulation for Extension of Time to Respond to Initial Complaint (the "Stipulation").

After having considered the Stipulation, good cause appears for the Court to grant the requested continuance as follows:

The deadline for Defendants to respond to the complaint shall be extended to August 31, 2022.

**IT IS SO ORDERED.**

DATED:  July 28, 2022

                                        Troy L. Nunley
                                        United States District Judge