## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JULIUS CHERRY, ET AL.,**

                 v.

**STRATEGIC PROPERTIES OF NORTH AMERICA, LLC, ET AL.,**

                                         **JUDGMENT IN A CIVIL CASE**

                                         CASE NO: **2:22–CV–00999–DAD–DB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/13/2023**

                                                       **Keith Holland**
                                                     Clerk of Court

ENTERED: **February 14, 2023**

                                            by: /s/ E. Rodriguez
                                                     Deputy Clerk